Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida ▾

_____Tampa_____ Division

| | |
|---|---|
| Bey, razin amaru solomon, Previously ad Illlegally Reffered to as one BLACK, JAVARES | Case No. 8: 23 cv 110 TPB – AEP |
| | *(to be filled in by the Clerk's Office)* |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

HILLSBOROUGH COUNTY SHERIFFS OFFICE,
DEPUTY MATTHEW C HANSEN 259008 HCSO
DPSD5 D5504
DEPUTY REBECCA M MACLEMAN 251420 HCSO

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Razin Amaru Solomon Bey |
| Address | c/o 11806 Bruce B Downs Blvd |

| | | |
|---|---|---|
| Tampa | FL | 33612 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hillsborough |
| Telephone Number | 813-770-1059 |
| E-Mail Address | razinamarusolomonbey@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Hillsborough County Sheriff's Office |
| Job or Title *(if known)* | Sheriff's Office |
| Address | P.O. Box 3371 |

| | | |
|---|---|---|
| Tampa | FL | 33601 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hillsbrough |
| Telephone Number | (813) 247-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DEPUTY MATTHEW C HANSEN 259008 HCSO DPSD5 D5504 |
| Job or Title *(if known)* | DEPUTY |
| Address | P.O Box 3371 |

| | | |
|---|---|---|
| Tampa | FL | 33601 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hillsborough |
| Telephone Number | 813-318-5400 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | REBECCA M. MACLEMAN 251420 HCSO CTRRC |
| Job or Title *(if known)* | DEPUTY |
| Address | P.O. Box 3371 |
| | Tampa |

| City | State | Zip Code |
|---|---|---|
| Tampa | FL | 33601 |

| | |
|---|---|
| County | Hillsborough |
| Telephone Number | 813-318-5400 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | DEPUTY SYED W. SALMAN 258673 HCSO DPSD5 D5504 |
| Job or Title *(if known)* | DEPUTY |
| Address | P.O. Box 3371 |

| City | State | Zip Code |
|---|---|---|
| Tampa | FL | 33601 |

| | |
|---|---|
| County | Hillsborough |
| Telephone Number | 813-318-5400 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? I , Razin Amaru Solomon Bey, was improperly arrested in the early hours of Friday April 15th. Before law enforcement arrived on the scene, I called the police several times before my phone battery died. I was ambushed by the accuser, known as Ajani Degraffinreid suddenly after she became bellgerent because I did not want to "fornicate" with her. She attacked me while I was on the phone with the 911 operator and this is all heard on the recorded line. When police got there,... ( Continued on attached page )

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Not Applicable

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
DEPUTY MATTHEW C HANSEN acted under color of law when he immediatley put me in handcuff's instead of the accuser who opened the door for him, while I was on the ground injured after being ambushed, trampled and attacked. DEPUTY REBECCA M. MACLEMAN acted under color of law when she refused to recover my ipersonal items instead deciding to go through them for her own reasoning and leaving most of my belongings. DEPUTY SYED W. SALMAN ( Continued on attached page! )

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
The events took place at the Crosswynde apartments address of 1203 High Hammock Drive #204 Riverview, Florida.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
The date and time of the events was April 15th, 2022 around 1-2 a.m.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was picked up in front of Dunkin Donuts 7 minutes from 1203 High Hammock Drive #204 by Ajani Degraffinreid. When we arrive at the apartment she was being strangely nice. As time went on she wanted to get intimate and I said "no" and then she became belligerent and then as I called 911 she proceeded to attack me, grabbing numerous objects grabbingme punching anything to cause a disturbance she did and attempted. When the police showed up she was hitting me over the top of the head then stopped to let out a fake scream, then opened the door for the Deputies who then proceeded to arrest me unkowning that I was the victim and I called 911. My daughter was in her room during this assault. The 911 calls hear everything that transpired while I couldnt hear them becuase my phone battery was low near dying, they could hear me being attacked and saying "hello" on the phone repeatedly. When they put me in handcuffs I immidiately told them my Moorish Title and where to find my accompanying identification. Then I told the deputies what items I had (2 iPhones, an Apple Macbook, my Tarboosh and my folder containing Moorish Identification [Continued on attached Page]

and that they needed to come with me and they ignored me and only brought out my folder (to check

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had head trauma from being suddenly ambushed, I also had back/spinal pain from falling and being pushed against the wall by the law enforcement officers, and a lung issue from falling and the tense situation defending myself. The medics at the scene said they could not help me (but they ran to her quick) and the jail released me a day after I put in my medical request. I havent been able to see a doctor stil because my finances are unstable due to the loss of my phones, which resulted in loss of wages. The injuries I sustained are Pain and suffering, Emotional trauma, Disability, Lost wages, Damage to my reputation, Embarrassment, Legal fees (including attorney ' s fees and witness fees), and Punitive damages. I did not receive medical treatment before being kidnapped by the Deputies, or while I was held in Hillsborough County Jail for 13 days.  I have a lung problem, as during my tenure of being unlawfully incarcerated, I requested I had a doctor look at the side of my back because I felt my lung protruding while laying down, from when I was forced up against the wall by the Hillsborough County deputies, after calling 911 for help from being ambushed, and the jail beds were making it uncomfortable and difficult to breathe. The day after my request to see a doctor, I was released from the enforced disappearance by the Hillsborough County Sheriff's Office and Jail.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like for the court, for the unlawful detainment, kidnapping and enforced disappearance of an Internationally protected person, to award me punitive damages in the sum of $23,400,000 dollars, $1,086 per minute, $75,000.00 per hour, $1,600,000.00 per day. I was incarcerated from April 15th, 2022, to April 28th, 2022. That is exactly 13 days. The basis of my claim is that I was kidnapped, unlawfully detained, property stolen and my rights and liberties were deprived arbitrarily by the Hillsboroguh County Sheriff's Deputies listed, evidenced by denial of direct orders, affirmations and instructions given to these deputies, inpropert procedure by these deputies apprehending the wrong individual, and not being given civilian due process, as not allowing me to see a judge and 12 man-private jury of my peers, PRIOR to my UNLAWFUL detainment, as well as being told that I have a bail, but being held in jail away from my tribe, my children, and State Government. I'm a private Moorish State Citizen. I AM effectively being denied civilian due process if they have a 12 man jury made up of US citizens. They MUST have Private citizens to judge me or leave it to God. I Am A Citizen of The Kingdom of Heaven ordianied by The Most High Divine Laws and it is against the LAW to discriniate me for my religious faith. As a Moorish State Citizen, Internationally Protected Person and a Member of the Mooresh National Governement Clock of Destiney Zodiac Constitution (The Official Seal and Emblem of the Moors the Highest Authority) I am being often tried never denied and willing to be tried again; Try me and discover me if you can. I AM proclaiming my Nationality, What my ancient forefathers and foremothers were, I AM today. I AM very old, I AM not a sovereign citizen.So Mote It Be Abracadabra. Oh Lord, My God, Is There No Help For A Widow's Son?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         01/09/2023

Signature of Plaintiff

Printed Name of Plaintiff    Razin Amaru Solomon Bey

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address

## ii) Basis for Jurisdiction

Under **42 U.S.C. § 1983**, <u>**you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]**</u>." Under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

**B)** Section 1983 allows claims alleging the "**deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]**." **42 U.S.C. § 1983**. If you are suing under section 1983, what federal **constitutional or statutory right(s)** do you claim is/are being <u>**violated** by state or local officials</u>?

## Answer from Bey:

I AM, **Razin Amaru Solomon Bey,** previously and <u>**illegally**</u> known as one Javares Black, and I was ambushed and then kidnapped by **Hillsborough County Sheriff's Deputies, DEPUTY MATTHEW C HANSEN 259008 HCSO DPSD5 D5504, REBECCA M MACLEMAN 251420 HCSO CTRRC, DEPUTY SYED W SALMAN 258673 HCSO DPSD5 D5504, DEPUTY BRANDON M GHABBOUR 261411 HCSO DPSD5 D5504,** in the early hours of **Friday, April 15th, 2022** . Before law enforcement arrived on the scene, I called the Hillsborough County Sheriff's Office, via 911, several times before my phone battery died because I was ambushed by a **false accuser,** known as **Ajani Degraffinreid,** suddenly, after she became belligerent because I did not want to "fornicate" with her. She therefore attacked me, while I was on the phone with the 911 operator, and this is all heard on the recorded line. When the Officers arrived on the scene, I was on the ground because I was being attacked and hit over the head with numerous objects, such as a tilt wand, which is used to open window blinds, a metal fork that I was able to dodge and deflect, and her fists, as well as numerous death threats as I was dialing 911 out of fear for my life, and even when Deputies arrived, the Deputies still picked me up off the ground and put handcuffs on me and slammed me against the wall, under false pretenses, and dramatization by the accuser, who turned out to be a false witness not once, but twice in the Court of Law. The STATE OF FLORIDA **refused** to pursue the matter to trial because of <u>**substantial evidence**</u> showing that Ms. Degraffenreid is not only a **false witness and accuser,** but a habitual liar under penalty of perjury, and ultimately because **I myself CANNOT legally be tried in these Union States court rooms by said Union States Codes/ Laws of the Land.**

**HERE IS MY LEGAL PROOF;**

The present Union States Municipal and Civil Codes of the Land is an incorporated political union of self-government established by the political powers of the General Assembly of each State of the Union based on the Roman Catholic the year of 1854, Church MAGNA CARTA Civil Laws Code initiated in Philadelphia, Pennsylvania in Which governs only the rights and conduct of Caucasians, Christians, and Jews of the 1863 Union States Right Republic under the Magna Carta Knights of Columbus Ku Klux Klan Code & Oath: "**To never allow the descendants of**

the Mooresh Nation of this hemisphere to ever become citizens of these Union States Right Republic." *Dred Scott v. Stanford:* Chief Justice Taney Decision 60 U.S. (19 HOW), 393, 15 L. Ed. 691. **The Supreme Court ruled that Americans of African descent, whether free or slave, were not U.S. citizens.** The court also ruled that because Scott was not a member of the political community formed and brought into existence by the Constitution and at the time of the creation of the Constitution, **Scott was not a citizen** (see **18 USC 911**).

## UNION STATES PROPERTY

The Union States' slave labels such as Negro, African, West Indian, African American, colored people, black people, and Indian cause the **Mooresh descendants of North America/North Gate/Morocco** and abroad to be ignorant of their herited **Mooresh Nationality and Zodiac Constitution/Law of the Great Seal,** Which makes them the segregated Jim Crowed property of the Union States without citizenship rights, Human Rights and representation under the Union States (Magna Carta) Law of the Land

## Amendment XIV (14), Section 1. [1868]. United States Constitution

**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."**

The word "Persons" earlier in the same body of regulation or laws meant subhuman 3/5th slave (Article 1, Section 2, Clause 3). The question is, if it's in the same body of laws (rules and regulation upheld by force and Brutish Authority), what does it mean in its latter form? Nonetheless, the word "born", in accordance with the first Americanized English Dictionary written by Noah Webster 1828, refers to the word "born" as an English Settler.

Thus, upon the strength of this fact of the established law of the land, I Demand the Magistrate/Judge and the State Legal Practitioner/Prosecutor of this court to present the state Constitution from 1789 to 1863 and read it in this court and by it defy my statement and also my herited **Moor Nationality Card** and **Great Seal Zodiac Constitution/Law.**

Furthermore, **the following <u>Constitutional Rights</u> were also <u>violated</u>: Fourth Amendment** right to privacy, **Fifth Amendment** protection against self-incrimination, **Sixth Amendment** right of self-representation, **Eighth Amendment** protection against cruel and unusual punishment, **Fourteenth Amendment** right to equal protection.

**Fourth Amendment**

The **Fourth Amendment** originally enforced the notion that **each man is secure from unreasonable searches and seizures of property by the government**. It protects against arbitrary arrests, and is the basis of the law regarding **search warrants, stop-and-frisk, safety inspections, wiretaps, and other forms of surveillance**, as well as being central to many other criminal law topics and to privacy law.

The Deputies **DEPUTY MATTHEW C HANSEN 259008 HCSO DPSD5 D5504, REBECCA M MACLEMAN 251420 HCSO CTRRC, DEPUTY SYED W SALMAN 258673 HCSO DPSD5 D5504, DEPUTY BRANDON M GHABBOUR 261411 HCSO DPSD5 D5504, are seen on body-cam footage going through my belongings and only forcing me against a wall unwarrantedly, holding me in handcuffs,  after I called 911, but not retrieving my items in their entirety, as I instructed them to do, resulting in loss of personable items, including my Moorish Tarboosh Headdress, my Turban, an Apple Macbook laptop, 2 Apple iPhones, and the corresponding chargers for all 3 electronic devices, which further resulted in a loss of wages, personal and business information, and memories, in addition to false charges of giving a false name to a law enforcement officer, which was ultimately, and ironically, dropped because I did NOT give a false name, as I told them the Truth**. This is **proof** that the Officers acted in **'Bad Faith'**, as **'Bad faith'** refers to **dishonesty**, or fraud in a transaction and, depending on the exact setting, bad faith may mean a **dishonest belief or purpose, untrustworthy performance of duties, neglect of fair dealing standards, or a fraudulent intent**. It is often related to a **breach of the obligation** inherent in all contracts to deal with the other parties in good faith and with **fair dealing**. The term **"spoliation"** refers to the **destruction, or significant alteration of evidence,** including the **failure to preserve evidence**. To ensure that parties in litigation do not abuse the judicial process, Florida law makes clear that the parties have an **affirmative duty to preserve evidence.**

**Fifth Amendment**

The **Fifth Amendment** of the **U.S. Constitution states: "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."**

I AM a **Private, Moorish State Citizen**, which means I **AM NOT subject to military (public) jurisdiction**. I did **NOT** receive **Civilian Due Process of Law**, as I was **NOT** taken before a Magistrate **BEFORE** I was taken to jail. The Deputies also **did NOT recover my private property/personal belongings, but were seen looking through them on the body cam**

**footage and said they "did not see them", but these items were seen in their evidence photos and body cam footage.**

The clauses incorporated within the Fifth Amendment outline basic constitutional limits on police procedure. The Framers derived the Grand Juries Clause and the Due Process Clause from the Magna Carta, dating back to 1215 A.D./C.E. .

Scholars consider the Fifth Amendment as capable of breaking down into the following five distinct constitutional rights:

i) **The right to indictment by the grand jury before any criminal charges for felonious crimes**
ii) **A prohibition on double jeopardy.**
iii) A right **against forced self-incrimination.**
iv) A guarantee that all criminal defendants have a **fair trial,** and
v) A guarantee that **the government <u>cannot seize private property without making a due compensation at the market value of the property</u>.**

While the Fifth Amendment originally only applied to federal courts, the U.S. Supreme Court has partially incorporated the Fifth Amendment to the states through the Due Process Clause of the Fourteenth Amendment. The right to indictment by the grand jury has not been incorporated, while the right **against double jeopardy,** the right **against self-incrimination,** and <u>**the protection against arbitrary taking of private property without due compensation**</u> **have all been incorporated into the states.**

<u>**Sixth Amendment**</u>

<u>**The Sixth Amendment,**</u> as made applicable to the States by the Fourteenth, <u>**guarantees that a defendant in a state criminal trial has an independent constitutional right of self-representation and that he may proceed to defend himself without counsel.**</u>

When I finally had first appeared in court, while in jail, I told the legal aid that <u>I did **NOT** want a public defender</u>, yet when I showed up for court, after my release from **enforced disappearance,** the STATE OF FLORIDA appointed me 2 different public defenders, <u>**which is a violation of the Sixth Amendment**</u> (see **_Faretta v. California_**, 422 U.S. 806 (1975) ); "**The Sixth Amendment, as made applicable to the States by the Fourteenth, <u>guarantees</u> that <u>a defendant in a state criminal trial has an independent constitutional right of self-representation</u> and that <u>he may proceed to defend himself without counsel when he voluntarily and intelligently elects to do so</u>, and, in this case, the <u>state courts erred in forcing petitioner against his will to accept a state-appointed public defender and in denying his request to conduct his own defense</u>. Pp. 422 U. S. 812-836.**

**hand-written notes** from <u>Deputy MATTHEW C HANSEN 259008 HCSO DPSD5 D5504</u> and was also told to the deputies that it was **inscribed** on the screen of my Apple Macbook Laptop and iPhones. **This act of Invocation of My Holy, God-given Title and Talisman,** further reinforces **Biblical Law** (pursuant to *Public Law 97-280* see attached copy) and the following Bible Verses; *Song of Solomon 1:3;* " **Thine ointments have a good fragrance; Thy name is as ointment poured forth; Therefore do the maidens love thee**" and verses concerning **being in the presence of** and **relaying the importance** of **Holy Garments** referred to as **Tarboosh and Turban;** *Leviticus 16:4* " **He shall put the holy linen tunic and the linen trousers on his body; he shall be girded with a linen sash, and with the linen turban he shall be attired. These are holy garments. Therefore he shall wash his body in water, and put them on**" and *Job 29:14* "**I put on righteousness as my clothing; justice was my robe and my turban**" *Isaiah 61:3* "**To grant to those who mourn in Zion the following: To give them a turban instead of dust [on their heads, a sign of mourning], The oil of joy instead of mourning, The garment [expressive] of praise instead of a disheartened spirit. So they will be called the trees of righteousness [strong and magnificent, distinguished for integrity, justice, and right standing with God], The planting of the LORD, that He may be glorified**", *Isaiah 61:10* "**I will rejoice greatly in the LORD, My soul will exult in my God; For He has clothed me with garments of salvation, He has covered me with a robe of righteousness, As a bridegroom puts on a turban, And as a bride adorns herself with her jewels**", *Isaiah 62:2-3* "**The nations will see your vindication, and all kings your glory; you will be called by a new name that the mouth of the LORD will bestow. You will also be a crown of glory in the hand of Yahweh (TMH), And a turban of royalty in the hand of your God**", *Ezekiel 21:26* "**this is what the Sovereign LORD says: Take off the turban, remove the crown. It will not be as it was: The lowly will be exalted and the exalted will be brought low**", *Proverbs of Solomon;* "**Remove not the ancient landmark, which thy fathers have set**" and *Zecharaih 3;5;* **Then I said, "Let them put a clean turban on his head." So they put a clean turban on his head and clothed him with garments, while the angel of Yahweh was standing by**".

These Holy Scriptures are **LAW** per *John 1:1* "**In the beginning was the Word, and the Word was with God, and the Word was God,** and Per **Public Law 97-280**, the Holy Scriptures further reinforce the **God GIven Guaranteed Birth RIghts, Guaranteed** per the **HOLY BIBLE, and the Clock of Destiny Mooresh Zodiac Constitution By C.M. Bey** registered with the **Library of Congress** and **Department of Justice** which states: **I myself <u>CANNOT</u> legally be tried in these Union States court rooms by said Union States Codes/ Laws of the Land**, and under the **Magna Carta Knights of Columbus Ku Klux Klan Code & Oath that the Union States are "To <u>NEVER</u> allow the descendants of the Mooresh Nation of this hemisphere to ever become citizens of these Union States Right Republic."** and my rights <u>guaranteed</u> by the *United Nations Declarations of Rights of Indigenous Peoples*, **and** *International Convention for the Protection of All Persons from Enforced Disappearance*. These **Birth-Rights** and **Protections** are also **affirmed** in the *Civil Order of 2014 Letter From Pope Francis of the Vatican to President Obama* (see attached copy).

## Eighth Amendment

The **Eighth Amendment** prohibits cruel and unusual punishments, but also mentions "**excessive fines**" **and bail.** The "**excessive fines**" clause surfaces (among other places) in cases of civil and criminal forfeiture, for example when property is seized during a drug raid.

When I finally came before a Magistrate while in jail, **I was told by the legal advisor present that I was given a bond, however, I was held in Hillsborough County Jail for 13 days, untold of why I could not post a bond,** and **did NOT receive prompt and adequate medical attention during the UNLAWFUL kidnapping, enforced disappearance** and subsequent **incarceration/ deprivement of liberty by the Hillsborough County Sheriff's Deputies.** This has brought **physical suffering,** as **I have a breathing condition known as asthma,** which if left unattended during tense situations, could be fatal, and back pain, as well as mental anguish.

The Officers **transgressed My Eighth Amendment rights** by being **deliberately indifferent to my medical needs, as seen on body cam footage,** which I experienced **as a result of the force inflicted before, and during the improper, unlawful arrest and kidnapping for enforced disappearance (see *International Convention for the Protection of All Persons from Enforced Disappearance* attached document).**

**The Law Enforcement Officer's negligence was both the 'cause in fact' and 'proximate cause' of my injuries because the Officer's hastened, "even by a moment", the coming to fruition of the proscribed harm done to Me, evidenced in the body cam footage of them picking me up off the ground and only placing Me in handcuffs and forcibly pinning me up against a wall, without asking their dispatchers "who called 911?", and what they heard on the 911 call, or fairly treating all parties justly and fairly, or hearing my requests/ commands to recover said personal items that are mine and have my said Appellation. DNA and fingerprints on each item, respectively.**

## Fourteenth Amendment

The **Fourteenth Amendment** contains a number of important concepts, most famously state action, privileges & immunities, citizenship, due process, and equal protection—all of which are contained in Section One.

**Section 1.**
**No state shall make or enforce any law which shall abridge the privileges or immunities of citizens** of the United States; **nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

**The Rights violated were clearly established when I Vocally and Boldly Proclaimed and invoked My Moorish Nationality and Affirmed My Moorish Appellation and Title "Razin Amaru Solomon Bey", which is shown on the Officer's body cam footage and in the**

Violation of these God-given instructions, commands and birthrights to **INVOKE** The **HOLY NAMES of the Children Of The Most High ( as The Most High (TMH) has 99 Names +1 ) , OR respect the Royal Headdress of Tarboosh and Turban,** are **grounds for a lawsuit in equity, resulting from an act of discrimination and blasphemy of The Most High God's DIvine Biblical LAWS,** as **SPIRITUAL INVOCATION** is **10000 times MOOR Powerful than Anything Physical!**

### Supporting Cases and United States Codes:

**Hertado v. California**, 110 US 516, **the U.S Supreme Court states very plainly: "The state cannot diminish rights of the people."**

*In Bennett v. Boggs*, 1 Baldw 60, **"Statutes that violate the plain and obvious principles** of **common right and common reason** are **null and void."**

FURTHERMORE, for going to jail under a non-violent crime is **kidnapping, Tyranny, abuse of authority,** which falls up under title **18 USC Sec 242** and if more then one person is **abusing their authority, it's a violation of section 18 U.S.C. 241** of the USC, and also **violation of oath under the 4th amendment of the US constitution** when policy, or other automotive figure **violate their power.**

### 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

**(ii)Obstructing justice; intimidating party, witness, or juror:** If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or **to injure such party or witness in his person or property on account of his having so attended or testified,** or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, **with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;**

**(iii)Depriving persons of rights or privileges:** If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the **equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote,** from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a

Member of Congress of the United States; or **to injure any citizen in person or property** on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, **whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators**.

**42 U.S. Code § 1986 - Action for neglect to prevent: Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action**.

**18 USC 112 - Protection of foreign officials, official guests, and internationally protected persons; (a)Whoever assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his official premises, private accommodation, or means of transport or attempts to commit any of the foregoing shall be fined under this title or imprisoned not more than three years, or both. Whoever in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both**.

**(b)Whoever willfully—**

**(1)intimidates, coerces, threatens, or harasses a foreign official or an official guest or obstructs a foreign official in the performance of his duties;**

**(2)attempts to intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties;** or

(3)within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for **diplomatic, consular**, or residential purposes by—

**(A)a foreign government, including such use as a mission to an international organization;**

**(B)an international organization;**

**(C)a foreign official; or**

**(D)an official guest;**

**congregates with two or more other persons with intent to violate any other provision of this section;**

**shall be fined under this title or imprisoned not more than six months, or both.**

(c)For the purpose of this section **"foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", and "official guest" shall have the same meanings** as those provided in section 1116(b) of this title.

(d)**Nothing contained in this section shall be construed or applied so as to abridge the exercise of rights guaranteed under the first amendment to the Constitution of the United States.**

(e)**If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501(2) of title 49.**

(f)In the course of enforcement of subsection (a) and any other sections prohibiting a conspiracy or attempt to violate subsection (a), the Attorney General may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary, notwithstanding.

**18 USC 911 - Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both.**

**More Supporting Cases:**

***Monell vs. Dept of Social Service of the City of New York*** where **state entities are legally liable** under 1983 for unwritten or written custom or policy that violates unconstitutional civil rights

**MY STANDING/STATUS:**

Constitutional Nationals are **POLITICAL Citizens, not** Statutory citizens..Dejure Citizenship was BUILT in the Constitution. **Political Citizens are ONLY SUBJECT to their OWN Constitution,not to a Federal jurisdiction.**

SEE **8 USC 1101 a(21)-** The term "national" means a person owing permanent allegiance to a state. AND PURSUANT TO TITLE **8 U.S.C. 1452;** A person who claims to be a national, but not a citizen, of the United States may apply to the Secretary of State for a certificate of non-citizen national status.

SEE 8 usc 1102 Diplomatic and semi diplomatic immunities

WHEN I SAY " **NON-CITIZEN NATIONAL** " IT MEANS **NON-STATUTORY or Non-FEDERAL CITIZEN.** WHEREVER THERE IS A CONSTITUTION, THERE ARE  CITIZENS OF IT...PEOPLE THAT DO NOT ACCEPT THE CONSTITUTION, OR GOVERNING LAWS ON ANY LAND MASS ARE JUST NATIONALS. THEY MAY BE PROTECTED BY A GOVERNING AUTHORITY BECAUSE OF THEIR ORIGIN ON THE LAND, BUT ARE NOT PROTECTED BY THE CONSTITUTION. CONSTITUTIONS ARE CONTRACTS WHOSE PARTICIPANTS ARE "Citizens" SUBJECT TO THE CONTRACT BY THEIR OWN WILL, **ABSENT OF FRAUD, FORCED PEONAGE, ETC**.

**SUPREME COURT RULINGS ON QUALIFIED IMMUNITY:**

i) *Malley v. Briggs*, 475 U.S. 335 - "**A Police Officer or Public Official Loses their QUALIFIED IMMUNITY When They "Knowingly Violate the Law" Or are "Plainly Incompetent.**"

In *Malley v. Briggs*, 457 U.S. 335 (1986), the Supreme Court examined immunity for police officers with regard to acting on the basis of a faulty warrant. **The Court held that qualified immunity does not apply to a police officer when the officer wrongfully arrests someone based on a warrant**, if the officer who could not reasonably believe that there was probable cause for the warrant. Reasonability is determined by the action that an objectively reasonable officer would take.

ii) *Harlow v. Fitzgerald*, 457 U.S. 800 - "Government officials performing discretionary functions, generally are shielded from liability for civil damages insofar as their conduct.. **DOES NOT Violate "Clearly Established" Statutory or Constitutional Rights** of which a reasonable person would have known.

iii) *United States v. Gantt*, 194 F.3d 987 - "There is **NO good-faith exception to the exclusionary rule for police who DO NOT act in accordance with governing law**."

iv) *United States v Lopez-Soto* 205 F.3d 1101 - "Police Officers **MUST Properly Understand the Law that they are entrusted to enforce and obey**."

v) *Ashcroft v. Al-Kidd*, 563 U.S. 731" - Qualified immunity shields a government official from money damages **UNLESS**...:

i) The official **Violated a Statutory or Constitutional Right**, and..

ii) That Right was "**Clearly Established" at the time of the Challenged Conduct**."

vi) *Owen v. City of Independence*, 445 U.S. 622
A **municipality** has **NO immunity from liability** under U.S.C. 42 sec 1983 flowing from its **Constitutional Violations**, and **may not assert the good faith of its officers as a defense to such liability**.

**Tucker Act**

Under the **Tucker Act of 1887, the United States waived its sovereign immunity as to certain kinds of claims.** Although the government is immune to lawsuits as a general rule, the **Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort.** The relevant text of **the Act is codified in <u>28 U.S.C. §§ 1346(a) and 1491</u>**.

**Specifically, the Tucker Act permits three kinds of claims against the government: (1) contractual claims, (2) non-contractual claims where the plaintiff seeks the return of money paid to the government and (3) non-contractual claims where the plaintiff asserts that he is <u>entitled to payment by the government</u>.**

Today, **jurisdiction over Tucker Act claims is vested in the United States Court of Federal Claims.** The **United States Court of Federal Claims has <u>exclusive jurisdiction over Tucker Act claims in excess of $10,000</u>**, while another statutory grant of jurisdiction—the so-called "Little Tucker Act"—allows the court to entertain similar suits against the United States for claims of less than $10,000 concurrently with the federal district courts. Prior to the passage of the Federal Courts Improvement Act of 1982, however, this jurisdiction was vested in the original U.S. Court of Claims.

**<u>28 USC § 1495 (2011)</u>**
**<u>§1495. Damages for unjust conviction and imprisonment</u>;** claim against United States
The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim for damages by any person unjustly convicted of an offense against the United States and imprisoned.

**See Attached**

- **Clock of Destiny Zodiac Constitution By C.M Bey; With the Name Correction and Proclamation (Notarized Affidavit)**
- **United Nations Declarations of Rights of Indigenous Peoples, and International Convention for the Protection of All Persons from Enforced Disappearance**
- **Public Law 97-280**
- **July 4th 2014 " CIVIL ORDERS " Letter from Pope Francis to Obama**
- **Color of Law Violation Form**
- **A Case Dismissal (Nolle Prossed) from Case Number: 22-CM-003276-A "STATE OF FLORIDA VS. BLACK, JAVARES TAWANN" concerning the "False Name Charge/ Allegation and kidnapping and enforced disappearance of an Internationally Protected Person**
- **Department of Justice 1508 SPECIFICALLY MENTIONED IDENTIFICATION DOCUMENTS -- 18 U.S.C. 1028**
- **Quo Warranto**
- **Power of Attorney**
- **Copyright Notice**

**II. Basis For Jurisdiction**

**D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.** If you are suing under section 1983, explain how **each defendant acted under color of state or local law**. If you are suing under Bivens, explain how each defendant acted under color of federal law. **Attach additional pages if needed**.

**Answer from Bey:**
Color of law refers to the appearance of legal authority or an apparently legal right that may not exist. The term is often used to describe the abuse of power under the guise of state authority, and is therefore illegal. The term was used in the Civil Rights Act of 1871, where the color of law was synonymous with state action and referred to an official whose conduct was so closely associated with a state that the conduct was deemed to be the action of that state. The Act grants citizens the right to sue government officials and their agents for using their power to violate civil rights. An example is the history of redlining, which can be seen in this map from Syracuse, New York (See Attached).

Redlining can be defined as a discriminatory practice that consists of the systematic denial of services such as mortgages, insurance loans, and other financial services to residents of certain areas, based on their race or ethnicity, or religious faith. Redlining disregards individuals' qualifications and creditworthiness to refuse such services, solely based on the residency of those individuals in minority neighborhoods.

Beyond the discriminatory banking practice of excluding certain neighborhoods from financial services, redlining can also reach the withholding of more important and essential services such as the construction of grocery stores and supermarkets, or even the withholding of healthcare services.

Following these practices, the term redlining was used during the Civil Rights movement to put an end to these discriminatory practices.

Hillsborough County Sheriff's DEPUTY MATTHEW C HANSEN acted under color of law when he picked me up off the ground and immediately pushed me outside up against the wall, and put me in handcuffs (especially because I called 911 several times), instead of the arresting the accuser who opened the door for him, while I was on the ground injured after being ambushed, trampled and attacked. He then proceeded to question me and in the process FALSELY charged me with giving a false name to a law enforcement officer, violating Divine Biblical Laws and religious dscrimination because he did NOT honor, or invoke Thy Holy God-Given Name in which I Invoked and Proclaimed prior to and on the date of this enforced disappearance, kidnapping, coercion and denial of life, liberty, and justice (see Attached Case Event Information Filing CASE NUMBER: 22-CM-003276-A and

Stenographer Notes and audio recordings of Court Case Number: 19-CM-013521-A) .
DEPUTY REBECCA M. MACLEMAN <u>acted under color of law when she refused to recover</u>
<u>my personal items, instead deciding to go through them for her own reasoning,</u>
<u>unwarrantedly, without my discretion, and leaving most of my belongings</u>. DEPUTY SYED
W. SALMAN <u>acted under color of law when he did not obey the command to retrieve my</u>
<u>personable items to properly identify myself, instead deciding to push his arm into my</u>
<u>back to force me against the wall, while I was struggling to breathe  because I have</u>
<u>asthma.</u>

III. Statement of Claim

**C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)**

**Answer from Bey:**

I was picked up in front of Dunkin Donuts, 7 minutes from 1203 High Hammock Drive #204, by Ajani Degraffinreid. When we arrive at the apartment, she was strangely nice. As time went on she wanted to get intimate and I said "no" and then she became belligerent, and then as I called 911, she proceeded to attack me, grabbing numerous objects to harm me with, grabbing me punching me, essentially, anything to cause a disturbance, she did and attempted. When the police showed up she was hitting me over the top of the head with a tilt wand and her fists, then stopped to let out a fake scream, then opened the door for the Deputies who then proceeded to handcuff me and forcibly pin me against the wall, unknowing that I was the victim that called 911. My daughter was in her room during this ambush-style assault. The 911 calls hear everything that transpired, while I couldn't hear the operator because my phone battery was low near dying, and they could hear me being attacked and saying "hello" on the phone repeatedly, as well as referring to the accuser as dramatic. When they put me in handcuffs, I immediately told them my Moorish Title and where to find my accompanying identification. Then I told them what items I had (2 iPhones, an Apple Macbook, my Tarboosh and my folder containing Moorish Identification and that these items needed to come with me, but the Deputies ignored me and only brought out my folder (to check for "drug paraphernalia") This folder was on top of the Apple Macbook (which has my Moorish Title on it) Yet they still refused to get it. This has caused a severe loss in wages as well as mental anguish because I was wrongly incarcerated and had medical issues that went unresolved because I did not receive proper medical attention during this incident.